### UNITED STATES BANKRUPTCY COURT
### FOR THE DISTRICT OF MARYLAND
### AT GREENBELT

In Re:   Melissa Allford Meman                    Case No. 18-12150-TJC
        and Jesse Anthony Meman                Chapter 13

**********************************
MTGLQ Investors, L.P., Movant (Selene
Finance LP, Servicer)


vs.


Melissa Allford Meman
aka Melissa A Meman, Debtor
Jesse Anthony Meman
aka Jesse A Meman, Debtor
               Respondent(s)


### MOTION FOR RELIEF FROM AUTOMATIC STAY
### Real Property at 2170 East Greenleaf Drive, Frederick, Maryland 21702

Comes now, MTGLQ Investors, L.P., Movant (Selene Finance LP, Servicer) herein, by Joshua Welborn, Esq., its attorney and respectfully represents:

1.      This Motion is filed pursuant to 11 U.S.C. Sec. 362 d thru f, and 28 U.S.C. Sec. 1334 and Sec. 157, giving this Court jurisdiction to grant relief from the Automatic Stay for cause and/or to prevent irreparable damage to the interest of a secured creditor in the property of the Debtor.

2.      Movant is the holder of a Note secured by a Deed of Trust dated July 30, 2004, and recorded among the land records of Frederick County, Maryland, at Liber 4788 and folio 0230 and which encumbers the property of the Debtor at 2170 East Greenleaf Drive, Frederick, Maryland 21702**.**

3.      The current amount due to the Movant is approximately <u>$437,714.92</u>, which includes: a principal balance in the amount of $373,825.72; interest in the amount of $42,492.44 through November 20, 2018; accumulated late charges in the amount of $1,570.40; an escrow deficit in the amount of $15,694.50; recording fee in the amount of $50.00 and corporate advances in the amount of $4,081.86. Additionally, pursuant to the Debtor's schedules, the property is encumbered by a Second Deed of Trust securing Real Time Resolutions in the amount of $41,000.00.

4.      The Debtor has failed to pay the payments for the months of March 2018 to November 2018, so that the post-petition arrears are approximately <u>$19,061.82,</u> which include:

16-602459

payments in the amounts of $2,117.98 for the months of March 2018 through November 2018. The current monthly payment is $2,117.98.

5.     In addition to the other amounts due to Movant reflected in the Motion, as of the date hereof, in connection with seeking the relief requested in this Motion, Movant has also incurred $850.00 in legal fees and $181.00 in costs. Movant reserves all rights to seek an award of allowance of such fees and expenses in accordance with applicable loan documents and related agreements, the Bankruptcy Code and other applicable law.

6.     The Movant (or its predecessor in interest) filed a Proof of Claim for pre-petition arrears (Claim # 3-1), which is incorporated as if fully set forth herein.  Said pre-petition arrears are still due and owing, less any moneys tendered by the Chapter 13 Trustee.

7.     The Movant is inadequately protected by the Debtor's failure to make the pre-petition and post-petition payments which may include an escrow for taxes and insurance.

8.     In his/her Schedules, the Debtor lists a current market value of $384,000.00 for the real property.  There is no equity in the real property above the secured debt and the real property has no value to the bankruptcy estate.

9.     Therefore, cause exists to grant relief from stay.  Movant lacks adequate protection and continues to be irreparably harmed by the continuation of the Stay of 11 U.S.C. Sections 362(a) and 1301, if applicable.

**NOTICE OF INTENT TO SUBMIT BUSINESS RECORDS**
Creditor will submit business records as evidence at any scheduled hearing, as allowed under Fed. R. Bankr. P. 9017 and FRE 902(11). These business records are available for inspection by the adverse party upon demand.

WHEREFORE, the Movant prays this Honorable Court to issue an Order

1.     Lifting the Automatic Stay as to the Debtor's property at 2170 East Greenleaf Drive, Frederick, Maryland 21702**,** so that the Movant can proceed with the foreclosure of its Deed of Trust; or alternatively

2.     For such other and further relief as the Court deems appropriate.

*/s/ Joshua Welborn, Esq. (Jwel)*
Joshua Welborn, Esq.
Attorney for Movant
Bar No. 29359
McCabe, Weisberg & Conway, LLC
312 Marshall Avenue, Suite 800
Laurel, MD 20707
301-490-1196
bankruptcymd@mwc-law.com

16-602459

## CERTIFICATE OF SERVICE

I hereby certify that on the 7th day of December, 2018 I reviewed the Court's CM/ECF system and it reports that an electronic copy of the foregoing pleading will be served electronically by the Court's CM/ECF system on the following:

Nancy Spencer Grigsby
185 Admiral Cochrane Dr.
Suite 240
Annapolis, Maryland 21401
grigsbyecf@ch13md.com

Kevin K. Shipe
Law Offices of Shipe & Bush, P.C.
3528 Worthington Blvd #101
Frederick, Maryland 21704
bk@shipebushlaw.com

I hereby further certify that on the 7th day of December, 2018, a copy of the foregoing pleading was also mailed first class mail, postage prepaid to:

Melissa Allford Meman
2170 E. Greenleaf Drive
Frederick, Maryland 21702
(Via U.S Mail)

Jesse Anthony Meman
2170 E. Greenleaf Drive
Frederick, Maryland 21702
(Via U.S. Mail)

*/s/ Joshua Welborn, Esq.*
Joshua Welborn, Esq.

16-602459